UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA



ARTHUR D'AMARIO III

v.

GLOBE PHOTOS, INC.;

GLOBE ENTERTAINMENT AND MEDIA CORP.                                  Breach of Contract and

Injunctive relief

2:25-cv-02001-APG-EJY

COMPLAINT

1. Plaintiff is a citizen and resident of Rhode Island.
2. Defendant Globe Photos ("Globe") is a corporation whose principal place of business is Las Vegas, Nevada.
3. Defendant Globe Entertainment & Media Corp. ("GEMC") is a corporation doing business within the district of Nevada.
4. Venue is properly laid in the district of Nevada due to Defendants' contacts with the forum state and because the acts complained of occurred there.
5. Jurisdiction is based on diversity of citizenship for Plaintiff and Defendants are domiciled in different states. Also, the monetary value of the original celebrity images at issue, if sold on the free market, would exceed the jurisdictional amount.
6. From 1977-1990, Plaintiff was a celebrity freelance photographer who submitted to and filed with Retna Ltd. of New York City thousands of original images of sports and entertainment stars, including Reggie Jackson, Chris Evert, David Bowie, Frank Sinatra and Diana Ross. Plaintiff continues to own the copyright for each photograph. The Retna inventory consisted of 8"X10" black-and-white prints and color Ektachrome and Kodachrome slides.
7. Plaintiff's contract with Retna called for a 50/50 split of revenue from picture sales and remained in effect from 1978-2007. During this time frame, Retna sold and published Plaintiff's pictures worldwide, with many displayed on U.S. television programs and making the covers of books, newspapers and magazines.
8. On or about 2007, Retna ceased operations and warehoused its stock, including Plaintiff's materials.

1

9. On or about 2019 or 2020, Retna transferred its stock, including Plaintiff's materials, to Defendant Globe.
10. On Dec. 6, 2019, at the request of Globe, Plaintiff signed a Photography Agreement, which was virtually the same contract he'd had with Retna, and returned it to Globe. The Agreement stated that Globe would distribute Plaintiff's pictures to publishers and pay Plaintiff 50% of the revenue generated.
11. To date, Globe has not sold a single picture of Plaintiff's and has paid him $0. Upon information and belief, since 2019 Globe has not marketed for sale a single picture taken by Plaintiff.
12. On Feb. 8, 2024, and during previous correspondence, Globe officer Tucker Diedwardo has promised to terminate the relationship and return to Plaintiff all of his photographs. To date, not a single picture has been returned.
13. On Oct. 3, 2025, Plaintiff discovered that Defendant GEMC had acquired much of Globe's stock in May 2025, an event withheld from his knowledge by Defendants. On Oct. 3, 2025, Plaintiff asked Diewardo by email where his pictures were and, predictably, got no response.
14. Plaintiff was deceived by Globe into entering a contract that is now invalid. Globe has failed to perform its contractual obligations, willfully breached the Agreement, and admitted the deal should be terminated. Moreover, Globe concealed from Plaintiff in December 2019 that it was going bankrupt and that it was going to sell off much of its inventory.
15. Defendant GEMC has failed to respond to Plaintiff's email inquires of Oct. 3, 2025, and may be in possession or control of at least some of Plaintiff's pictures, with Globe possessing the rest. GEMC unlawfully took possession after Globe had agreed by 2024 to terminate its Agreement with Plaintiff.
16. From 1977-1990, Plaintiff kept for his personal collection about 400 photographic prints of rock stars. In 2023, those photos were converted to high-resolution digital scans and accepted for sale to news organizations by Shutterstock and Alamy. In the last two years, despite being limited to only 400 images to market, Plaintiff has had approximately 500 pictures published to accompany editorials around the world. It is estimated that these Defendants are unlawfully holding several thousand more, and severely hampering Plaintiff's business opportunities.
17. Over the last ten years, the classic rock artists photographed by Plaintiff from 1977-90 have become more popular than ever with the media and young millennials. Photographs from that period were never in demand as much as they are now, and many of the music photographers that Plaintiff competed with have achieved a celebrity status of their own. They have said in

interviews that they make more money today from rock star picture sales than they did when they took the photos in the seventies and eighties.

18. Defendants are forcing Plaintiff to conduct his business severely shorthanded, with only a small fraction of the pictures he took. Furthermore, Retna was always given Plaintiff's best work, so Plaintiff is currently able to offer for sale only his second-best images, and in a small quantity.

19. Plaintiff is suffering and will continue to suffer irreparable harm by Defendants' breach of contract and unlawful continuing possession of his materials. Such harm can only be remedied if this court intervenes and orders Defendants to promptly return all images to Plaintiff.

WHEREFORE, Plaintiff requests judgment as follows:

A. That this court declare the Agreement and promises breached and invalid;
B. That this court order Defendants to promptly return to Plaintiff all of his images in their custody, possession or control;
C. For his costs of suit incurred and attorneys' fees, if any;
D. That this court provide such other and further relief as it may find meet and just.

Plaintiff, pro se,    *[signature]* Oct. 7, 2025

Arthur D'Amario III

15 Walter Drive, Apt. T

North Kingstown, RI 02852

401-437-7088

Email: david_bowie.fan@yahoo.com

ARTHUR ROBINSON
15 WALTER DRIVE, APT. T
NORTH KINGSTOWN, RI 02852

Clerk's Office
U.S. District Court
333 Las Vegas Blvd, South, Room 1334
Las Vegas, NV 89101

RECEIVED
FILED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 14 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



Retail
U.S. POSTAGE PAID
FCM LG ENV
NORTH KINGSTOWN
RI 02852
OCT 07, 2025
$1.90
S2322P501885-7
RDC 99
89101