UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR D'AMARIO III,<br><br>  Plaintiff<br><br>v.<br><br>GLOBE PHOTOS, INC., et al.,<br><br>  Defendants | Case No.: 2:25-cv-02001-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 7] |

On December 3, 2025, Magistrate Judge Youchah recommended that I dismiss with prejudice Arthur D'Amario's claims against Hard Rock International and his claims for intentional interference with contractual relations, injunctive relief, and declaratory relief. D'Amario did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 7) is accepted**, and plaintiff Arthur D'Amario's claims against Hard Rock International and his claims for intentional interference with contractual relations, injunctive relief, and declaratory relief are dismissed with prejudice.

DATED this 8th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE